**Order entered October 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00419-CR

**TAMMI L. DONNELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-20425-N**

## ORDER

The Court **REINSTATES** this appeal.

On September 20, 2016, we ordered the trial court to make findings regarding why the appellant's brief had not been filed. We **ADOPT** the September 29, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by counsel Larry Mitchell who has not abandoned the appeal; (3) counsel's explanation for the delay in filing appellant's brief is due to medical reasons; and (4) counsel anticipated filing a brief within sixty days. We **ORDER** appellant to file his brief **on or before November 30, 2016**.

/s/    ADA BROWN
        JUSTICE